IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Case No. 3:12cr00110 |
| vs. | : | District Judge Walter Herbert Rice<br>Magistrate Judge Sharon L. Ovington |
| ALVIN P. BARKALOW, | : | |
| Defendant. | : | |

## ORDER

This matter came before the Court for hearing on September 13, 2012 before United States Magistrate Judge Sharon L. Ovington, who thereafter issued a Report and Recommendations. (Doc. #8). Having conducted a full colloquy with Defendant Alvin P. Barkalow, the Magistrate Judge concluded that Defendant's plea of guilty is knowing, intelligent, and voluntary, and that there is an adequate factual basis for a finding of guilty.

The Court, noting that no Objections to the Report and Recommendations have been filed and that the time for filing Objections has expired, hereby ADOPTS in full said Report and Recommendations.

Therefore, based on the aforesaid, and this Court's de novo review of the record and the comprehensive findings by the United States Magistrate Judge, this Court adopts

the findings and recommendations of the United State Magistrate Judge, and finds that the Defendant Alvin P. Barkalow's guilty plea was knowing, voluntary, and intelligent. Defendant is FOUND guilty of the offense to which he pled – specifically, Count One of Information, Theft of Government Property in violation of Title 18 U.S.C. §641.

_____
Walter Herbert Rice
United States District Judge